UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                                                                                                       CASE NO: 07-71809-CMS13
    JESSE GILMORE                                                                              CHAPTER 13

          DEBTOR.

## MOTION TO INCREASE DEBTOR'S PAYMENTS

Comes now C. David Cottingham, Standing Trustee, and moves that the Debtor's payments to Court be increased and says as follows:

1. On the 14th day of May, 2008, C. David Cottingham, Standing Trustee, audited the above referenced file.

2. The Debtor's payments are insufficient to pay the claims filed and should be increased to $108.00 biweekly.

WHEREFORE, C. David Cottingham, Standing Trustee moves that an order be entered GRANTING Trustee's Motion to Increase said Payments.

Any party in interest may file an objection to this motion. All objections must be in writing and filed within twenty-three (23) days of this date. Any objections filed will be heard by the court on Thursday, the 26th day of June, 2008, at 9:00 a.m. in the Bankruptcy Courtroom, Room 358, Federal Courthouse, Tuscaloosa, Alabama. This motion will be granted unless an objection is filed within twenty-three (23) days.

                                                        /s/ C. David Cottingham
                                                   C. David Cottingham, Standing Trustee

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The Trustee's Motion to Increase Debtor's payments be and the same hereby is GRANTED effective twenty-three (23) days from the date unless an Objection is filed.

**DONE and ORDERED** this May 15, 2008.

                                                 /s/ C. Michael Stilson
                                                 C. Michael Stilson
                                                 United States Bankruptcy Judge