IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re: §
§
**JESSE GILMORE** § Case No.: 07-71809-CMS-13
§
§
**Debtor.** §

## MOTION TO DISMISS

**COMES NOW** the debtor, JESSE GILMORE, by and through Marshall A. Entelisano, his attorney of record, and respectfully requests this Honorable Court to dismiss the pending Chapter 13 case, and as for reasons therefore, your debtor states as follows:

1. That, your debtor JESSE GILMORE, no longer desires to remain in this case because it is no longer feasible; and
2. That, your debtor has been advised of the possible ramifications of dismissing this case by his attorney of record, understands the same, and still desires that this case be dismissed without prejudice.

**WHEREFORE**, the premises considered, your debtor respectfully requests that this Honorable Court will grant the following relief:

A. Grant this Motion and Dismiss this Chapter 13 case; and

B. Grant such other, further relief as is just and equitable.

Respectfully submitted this the 23rd day of November 2009.

_____  _____
JESSE GILMORE, Debtor       Marshall A. Entelisano (ENT001)
                            Attorney for Debtor
                            600 Lurleen Wallace Blvd.
                            Suite 270
                            Tuscaloosa, AL 35401
                            Telephone: (205) 752-1202

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all listed creditors included in this Chapter 13 plan by placing a copy of the same in the U.S. Mail, properly addressed and first class postage pre-paid, and on C. David Cottingham, Chapter 13 Standing Trustee electronically via CM/ECF this the 23rd day of November 2009.

_____
Marshall A. Entelisano (ENT001)